AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lauck, M H. | United States District for the Eastern District of Virginia | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time magistrate judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court, EDVA
701 East Broad Street, Suite 5212
Richmond, VA 23219-3528

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Wells Fargo Custodial Accounts |
| 2. Immediate Past President | John Marshall Inn of Court |
| 3. Board Member | Federal Bar Association |
| 4. Council Member | State-Federal Judicial Council of Virginia |
| 5. Member | Professionalism Advisory Committee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lauck, M H. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. 2013 | University of Richmond, John Marshall Professor of Judicial Studies | $7,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2013 | ▨▨▨▨▨▨ - salary and benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bar Association | 2/26/13-3/2/13 | Tucson, AZ | Insurance Coverage Committee CLE (teach) | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo bank accounts | A | Interest | J | T | | | | | |
| 2. Wells Fargo Custodial bank accounts | A | Interest | J | T | | | | | |
| 3. Brokerage account #1 | | | | | | | | | |
| 4. - Exxon | A | Dividend | K | T | | | | | |
| 5. - International Business Machines | A | Dividend | K | T | Donated (part) | | | | |
| 6. - Pfizer | A | Dividend | J | T | | | | | |
| 7. - Under Armor, Inc. | | None | K | T | | | | | |
| 8. - Verizon | A | Dividend | J | T | | | | | |
| 9. Brokerage account #2 | | | | | | | | | |
| 10. - AT&T | A | Dividend | J | T | Sold (part) | 04/16/13 | J | C | |
| 11. - Celgene Corp | | None | J | T | Sold (part) | 04/15/13 | J | B | |
| 12. - | | | | | Sold (part) | 11/14/13 | J | B | |
| 13. - Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 14. - Coach Inc | A | Dividend | J | T | | | | | |
| 15. - ConocoPhillips | A | Dividend | J | T | Sold (part) | 11/14/13 | J | B | |
| 16. - Devon Energy Corp New | A | Dividend | J | T | | | | | |
| 17. - Dun & Bradstreet Corp Del New | A | Dividend | J | T | Buy | 04/19/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dunkin Brands Group Inc | A | Dividend | J | T | Buy | 04/19/13 | J | | |
| 19. - E M C Corp Mass | | None | J | T | | | | | |
| 20. - Eaton Corp | A | Dividend | J | T | Sold (part) | 04/19/13 | J | A | |
| 21. - | | | | | Sold (part) | 11/19/13 | J | B | |
| 22. - International Business Machines | A | Dividend | J | T | | | | | |
| 23. - Life Technologies Corp Com | | None | | | Sold | 04/17/13 | K | D | |
| 24. - Lowes Companies | A | Dividend | J | T | Sold (part) | 04/16/13 | J | B | |
| 25. - | | | | | Sold (part) | 11/14/13 | J | C | |
| 26. - Nuance Communications Inc | | None | J | T | | | | | |
| 27. - Omnicon | A | Dividend | J | T | Sold (part) | 04/16/13 | J | B | |
| 28. - | | | | | Sold (part) | 11/14/13 | J | A | |
| 29. - Pitney Bowes Inc (Y) | A | Dividend | | | | | | | |
| 30. - Target Corp | A | Dividend | J | T | | | | | |
| 31. - Travelers Cos Inc Com | A | Dividend | J | T | Sold (part) | 04/16/13 | J | B | |
| 32. - US Bankcorp Del Com New | A | Dividend | J | T | Buy | 05/18/13 | J | | |
| 33. - Wells Fargo & Co New | A | Dividend | J | T | Sold (part) | 04/16/13 | J | B | |
| 34. - FPL Group Capital Inc Bond | A | Interest | | | Redeemed | 06/17/13 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - H J Heinz Bond | A | Interest | | | Redeemed | 07/08/13 | J | | |
| 36.   - Canadian Imperial Bank Bond | A | Interest | J | T | | | | | |
| 37.   - Home Depot Inc Bond | A | Interest | J | T | | | | | |
| 38.   - Int'l Paper Co Bond | B | Interest | K | T | | | | | |
| 39.   - SunTrust Bank Atlanta CD | A | Interest | J | T | | | | | |
| 40.   - Fidelity Tax Free Money Market | A | Interest | L | T | | | | | |
| 41.   Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 42.   - AT&T | | | | | | | | | |
| 43.   - Baxter Int'l Inc. | | | | | Buy | 12/05/13 | L | | |
| 44.   - Celgene Corp | | | | | | | | | |
| 45.   - Cisco Sys Inc | | | | | Sold | 12/02/13 | L | D | |
| 46.   - Coach Inc | | | | | | | | | |
| 47.   - ConocoPhillips | | | | | | | | | |
| 48.   - Consolidated Edison Holding | | | | | | | | | |
| 49.   - Dun & Bradstreet Corp Del New | | | | | Buy | 03/06/13 | K | | |
| 50.   - Eaton Corp | | | | | | | | | |
| 51.   - EMC Corp MA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - GE | | | | | | | | | |
| 53.  - International Business Machines | | | | | | | | | |
| 54.  - Johnson & Johnson | | | | | | | | | |
| 55.  - Kinder Morgan Inc | | | | | Buy | 05/07/13 | K | | |
| 56.  - Life Technologies Inc | | | | | Sold | 04/17/13 | L | E | |
| 57.  - Lowes Companies | | | | | | | | | |
| 58.  - Medtronic Inc | | | | | | | | | |
| 59.  - Microsoft Inc | | | | | | | | | |
| 60.  - Nuance Communications | | | | | | | | | |
| 61.  - Omnicom Group | | | | | | | | | |
| 62.  - PepsiCo Inc | | | | | | | | | |
| 63.  - Southern Co. | | | | | | | | | |
| 64.  - TEVA Pharmaceutical ADR | | | | | Sold | 01/30/13 | K | D | |
| 65.  - Travelers Cos Inc Com | | | | | | | | | |
| 66.  - Walgreen Company | | | | | | | | | |
| 67.  - Wells Fargo & Co New. | | | | | | | | | |
| 68.  - HSBC Fin Corp Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - American Express Credit Bond | | | | | Redeemed | 05/02/13 | K | | |
| 70. - Federal Home Loan Banks Bond | | | | | | | | | |
| 71. - Hewlett Packard Co Bond | | | | | | | | | |
| 72. - L-3 Communications Corp Bond | | | | | | | | | |
| 73. - Ryder Systems Bond | | | | | Redeemed | 03/01/13 | K | | |
| 74. - Staples Inc Bond | | | | | Buy | 07/30/13 | L | | |
| 75. - Conagra Foods Inc Bond | | | | | Buy | 08/28/13 | K | | |
| 76. - Wellpoint Inc Bond | | | | | Buy | 07/31/13 | K | | |
| 77. - Discover Bank CD | | | | | Redeemed | 06/25/13 | L | | |
| 78. - Fidelity NJ Municipal Money Market | | | | | | | | | |
| 79. GE SSP program (retirement) | | | | | | | | | |
| 80. - GE Stock Fund | A | Dividend | J | T | | | | | |
| 81. - GE US Eqty fund | A | Dividend | J | T | | | | | |
| 82. - GE Income Fund | A | Dividend | J | T | | | | | |
| 83. TIAA CREF (retirement) | | | | | | | | | |
| 84. - TIAA Traditional | | None | K | T | | | | | |
| 85. - CREF Stock | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CREF Growth | | None | K | T | | | | | |
| 87. - CREF Equity Index | | None | K | T | | | | | |
| 88. - CREF Social Choice | | None | K | T | | | | | |
| 89. AT&T (Custodian) | A | Dividend | J | T | | | | | |
| 90. Pepco (Custodian) (X) | A | Dividend | J | T | | | | | |
| 91. BNY Mellon (Custodian) (X) | A | Dividend | J | T | | | | | |
| 92. Dominion Resources (X) | A | Dividend | J | T | | | | | |
| 93. VA529 College Savings Plan, prepaid, age-based, no control | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lauck, M H. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts:  Line 29 Pitney Bowes was disposed in full in 2012, but erroneously listed as Sold (Part) on the 2012 FDR.

Part VII. Investments and Trusts:   Lines 83 through 88 TIAA-CREF retirement accounts were in previous years listed on a single line with an income type of Dividend.  They are now listed separately by fund, and with income type None per page 47 of the Filing Instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ M H. Lauck**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544